YELLOW CAB COMPANY et al., Respondent v. MORAN, Appellant

(117 N.W. 2d 557)

(File No. 9965. Opinion filed October 24, 1962)

**Hanley, Costello & Porter,** Rapid City, for Defendant and Appellant.

**Robert J. Schumacher,** Rapid City, for Plaintiffs and Respondents.

PER CURIAM. The appeal in the above matter was perfected on August 28, 1961. Time for settling the record was extended to June 23, 1962. More than forty days have elapsed since that date and the record is still not settled. By virtue of SDC 1960 Supp. 33.0741 the appeal is deemed abandoned.

Our order will be that the appeal be dismissed and the judgment of the trial court affirmed.